Magistrate Judge Theresa L. Fricke

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ZOEE L. W., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. 2:17-cv-01667-TLF <br><br> ORDER AWARDING EAJA ATTORNEY FEES |

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion to Award EAJA Fees (Dkt. 18), with no objection from Defendant (Dkt. 19), therefore, it is hereby ORDERED that:

Plaintiff is awarded EAJA attorney fees of $4,350.00. Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be made via check or electronic payment sent to Christopher Lyons, address:

ORDER – PAGE 1
CASE:   2:17-cv-01667-TLF

P.O. Box 1645, Coupeville, WA 98239. After the Court issues the order for EAJA attorney fees, the Commissioner will consider the matter of Plaintiff's assignment of EAJA attorney fees to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will depend on whether the EAJA attorney fees are subject to any offset allowed under the Treasury Offset Program. If the EAJA attorney fees are not subject to any offset, the EAJA attorney fees will be paid directly to the order of plaintiff's attorney, Christopher Lyons.

DATED this 16th day of November, 2018.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER – PAGE 2
CASE: 2:17-cv-01667-TLF